JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMBSDEN A. SANGSTER, | Case No. EDCV 13-1339-JAK (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1      IT IS ADJUDGED that the Complaint is dismissed with prejudice.

2

3

DATED: <u>December 10, 2013</u>

4                                HONORABLE JOHN A. KRONSTADT
                                United States District Judge

5

6

7    Prepared by:

8

9

10   HONORABLE OSWALD PARADA
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28